IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LUIS ENRIQUE RODRIGUEZ, etc.,    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   No. 09 C 371
                                 )
SAFE COURIERS AND DELIVERY       )
SERVICES, INC., et al.,          )
                                 )
          Defendants.            )

## MEMORANDUM ORDER

Defendants have just tendered a motion to dismiss one of the opt-in plaintiffs in this Fair Labor Standards Act lawsuit, coupling the motion with a notice of its proposed presentment on August 10. This memorandum order does not address the substance of that motion, something that will be left to plaintiffs' counsel. Instead defense counsel's attention is drawn to this District Court's LR 5.3(b), which requires that a motion's presentment date must not go beyond 14 days after its delivery to the court (in this instance that would mean an August 1 outside date for presentment).

Instead of requiring defense counsel to appear on August 10, then, this Court orders plaintiffs' counsel to file a response to the motion (or alternatively an agreement to the dismissal of Ryan Nelson as a plaintiff) on or before July 26, 2011. This Court will then deal with the issue promptly.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 19, 2011